Hagerty *v.* Hagerty, Appellant.

Argued December 12, 1975. *William C. Gierasch* and *Jack F. Ream,* with them *Morris, Vedder & Ream,* for appellant at No. 78 and appellee at No. 80; *R. Campbell,* with him *J. Ross McGinnis,* and *Stock and Leader,* for appellant at No. 80 and appellee at No. 78.

Orders affirmed.